UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:05-00004 |
| | ) | JUDGE CAMPBELL |
| TAURUS TREMAINE OGELSBY | ) | |

ORDER

The hearing on the Petition (Docket No. 44) alleging violations of Defendant's Conditions of Supervision scheduled for August 25, 2014, at 10:30 a.m. is RESCHEDULED for August 25, 2014, at 3:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE