# UNITED STATES DISTRICT COURT

MIDDLE District of TENNESSEE

UNITED STATES OF AMERICA
**V.**

TAURUS TREMAINE OGELSBY

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 3:05-00004
USM Number: 16920-075

Sumter L. Camp, Jr.
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) 1-5 of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant shall not commit another federal, state or local crime | 12/6/13 |
| 2 | Defendant shall not commit another federal, state or local crime | 2/7/14 |
| 3 | Defendant shall not associate with an person convicted of a felony, unless granted permission to do so by the Probation Office | 2/11/14 |
| 4 | Defendant shall refrain from any unlawful use of a controlled substance | 2/12/14 |
| 5 | Defendant shall not commit another federal, state or local crime | 2/18/14 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No. 9344

Defendant's Year of Birth: 1979

City and State of Defendant's Residence:
Nashville, TN

August 25, 2014
Date of Imposition of Judgment

Todd Campbell
Signature of Judge

Todd J. Campbell, United States District Judge
Name and Title of Judge

August 25, 2014
Date

DEFENDANT: TAURUS TREMAINE OGELSBY      Judgment — Page 2 of 2
CASE NUMBER: 3:05-00004

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:     twenty (20) months

No period of Supervised Release is imposed.

    **X**    The Court makes the following recommendations to the Bureau of Prisons:

       1. Credit for time served in Federal custody

☐ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

       ☐ at _____ p.m. on _____

       ☐ as notified by the United States Marshal.

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

       ☐ before 2 p.m. on _____

       ☐ as notified by the United States Marshal.

       ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal